IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Jonathan Liz-Fonts, | Case No. 0:18-cv-01300-JRT-DTS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Cargill, Incorporated, | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 41, the parties, by and through their respective counsel of record, stipulate that this lawsuit hereby is dismissed with prejudice as to all claims, with each party bearing its own costs.

DATE: July 25, 2018

s/ Ryan Ahlberg
Attorney No. 0386520
Ryan H. Ahlberg
Ahlberg Law, PLLC
Union Plaza Building, Suite 300
333 Washington Avenue North
Minneapolis, MN 55401
rahlberg@ahlberglaw.com

ATTORNEYS FOR PLAINTIFF

Dated: July 25, 2018

s/ Tina A. Syring-Petrocchi
Attorney No. 0251628
Cozen O'Connor
33 South 6th Street, Suite 3800
Minneapolis, MN 55402
Telephone:  (612) 2609049
E-mail: tsyring@cozen.com

ATTORNEYS FOR DEFENDANT