## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| JONATHAN LIZ-FONTS, | Civil No. 18-1300(JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CARGILL, INCORPORATED, | |
| Defendant. | |

Ryan H. Ahlberg, **AHLBERG LAW, PLLC,** 333 Washington Avenue North, Suite 300, Minneapolis, MN 55401, for plaintiff.

Tina Syring-Petrocchi, **COZEN O'CONNOR,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 10]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 17, 2018
at Minneapolis, Minnesota.

                                                                                   s/John R. Tunheim
                                                                                    JOHN R. TUNHEIM
                                                                                    Chief Judge
                                                                                    United States District Court